# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re Capture Collective, Inc., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Case No. 2:25-bk-52291 |
| | ) | Subchapter V |
| | | |
| | | Hon. John E. Hoffman Jr. |
| | | |
| | | (Jointly Administered) |

## NOTICE OF APPEARANCE

David Tuan Nguyen as Trustee of Creditor and Equity Interest Holder the Green Coral Trust hereby enter his appearance in the above-entitled matter, and hereby further requests that all pleadings, motions, notices, correspondence, ECF filings, and e-mails to:

David Tuan Nguyen
david@xcadvisors.com
500 Westover Dr PMB 23215
Sanford, NC 27330
T: +1 424 421 7041
F: +1 424 421 7049

Dated June 26, 2025               by: */s/ David Tuan Nguyen*
                                  David Tuan Nguyen
                                  As Trustee of the Green Coral Trust

## **CERTIFICATE OF SERVICE**

I certify that on or about June 26, 2025, a copy of the foregoing NOTICE OF APPEARANCE was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) on the following by U.S. Mail addressed to:

Capture Collective, Inc.
4923 Dierker Rd
Columbus, OH 43220

*/s/ David Tuan Nguyen*