# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re Capture Collective, Inc., et al., ) | Chapter 11 |
| ) | |
| Debtors ) | Case No. 2:25-bk-52291 |
| ) | Subchapter V |
| ) | |
| ) | Hon. John E. Hoffman Jr. |
| ) | |
| ) | (Jointly Administered) |

## OBJECTION TO APPLICATIONS TO EMPLOY

The Green Coral Trust, through its Trustee David Tuan Nguyen, a creditor and equity interest holder, hereby objects to the following Applications:

1. Application to Employ Kern Kenrick, LLC (the "KK Application") filed on June 17, 2025 by Debtors in this case.

2. Application to Employ Book + Street, LLC (the "Book Application") file on June 17, 2025 by Debtors in this case.

The KK Application fails to adequately disclose all of Kern Kenrick LLC ("DW") connections with the debtors required by Federal Rule of Bankruptcy Procedure 2014(a). KK failed to adequately disclose the scope of, and compensation received for prior representation to each Debtor. The KK Application fails to adequately disclose why Dickson Wright PLLC ("DW") Intellectual Property practice group is unable to perform the scope of work and why they should be separately employed by Debtor instead of being engaged by DW. This information is necessary to determine that proposed scope of employment is necessary, are not duplicative of past services rendered, that DW is unable to provide these services and whether KK should be employed by DW instead.

The Book Application fails to adequately disclose all of Book + Street, LLC ("Book") connections with the debtors required by Federal Rule of Bankruptcy Procedure 2014(a). Book failed to disclose the scope of, and compensation received for prior representation to each Debtor and an estimate of cost for each Debtor. This information is necessary to determine that proposed scope of employment is necessary, are not duplicative of past services rendered, that DW is unable to provide these services and whether Book should be employed by DW instead.

WHEREFORE, Green Coral Trust respectfully requests that the Court:

1. Sustain this Objection to the Application to Employ Kern Kendrick, LLC.

2. Sustain this Objection to Application to Employ Book + Street, LLC

3. Allow the Application to Employ Kern Kendrick, LLC to be amended to include the above disclosures and further disclosures as the facts require.

4. Allow the Application to Employ Kern Kendrick, LLC to be amended to include the above disclosures and further disclosures as the facts require.

5. Grant any other such relief as the Court determines just and proper.

Dated: July 7, 2025

                                              Green Coral Trust, David Tuan Nguyen
                                              as Trustee

## CERTIFICATE OF SERVICE

I certify that on or about July 7, 2025, a copy of the foregoing Object to Application to Employ was served:

(a) by email on July 7, 2025, addressed to;

Carolyn J. Johnsen
Dickinson Wright, PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
cjjohnsen@dickinsonwright.com

Pamela Arndt
U.S. Department of Justice
Office of the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH 43215
Pamela.D.Arndt@usdoj.gov

Donald W. Mallory
Wood & Lamping
600 Vine Street, Suite 2500
Cincinnati, OH 45202
dwmallory@woodlamping.com

Ellen M. Kramer
COHEN ROSENTHAL & KRAMER, LLP
3208 Clinton Avenue
Cleveland, OH 44113
emk@crklaw.com

(b) by first class mail on July 7, 2025, addressed to:

Capture Collective, Inc.
Capture Diagnostics, LLC
Capture Diagnostics HIB01, LLC
4923 Dierker Rd
Colombus, OH 43220

_/s/ David T. Nguyen_
David Tuan Nguyen









