This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: July 24, 2025**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CAPTURE COLLECTIVE, INC, et al.[1] | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtors. | ) | Case No.2:25-bk-52291 |
| | ) | |
| | ) | Hon. John E. Hoffman Jr. |
| | ) | |
| | ) | (Jointly Administered) |

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF DICKINSON WRIGHT PLLC AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

**(Related to Doc Nos. 41 and 63)**

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal EIN are as follows: Capture Collective, Inc. (7777); Capture Diagnostics, LLC (9259); and Capture Diagnostics HIB01, LLC (1325). The Debtors' mailing address is 4923 Dierker Road, Columbus, Ohio 43220.

This matter comes before the Court pursuant to the *Application for Entry of an Order Authorizing Retention and Employment of Dickinson Wright PLLC as Counsel to the Debtors Effective as of the Petition Date* [Doc No.41] and the *Supplement to Application for Entry of an Order Authorizing Retention and Employment of Dickinson Wright PLLC as Counsel to the Debtors Effective as of the Petition Date* (together, the "**Application**") pursuant to 11 U.S.C. §§ 327 and 330, Fed. R. Bankr. P. 2014 and 2016, and Local Rule 2014-1. In the Application, the Debtors request an order authorizing the retention and employment of Dickinson Wright, PLLC as counsel for the above-captioned Debtors effective as of May 27, 2025, the date of the filing of the Debtors' cases. Having reviewed the Application and the Verified Statement of Carolyn J. Johnsen Pursuant to Bankruptcy Rule 2014 and the Amended Verified Statement of Carolyn J. Johnsen attached thereto (together, the "**Johnsen Statement**"), the Court finds and concludes (a) that notice of the Application was proper and sufficient; (b) that the appropriate disclosures and representations have been made under Bankruptcy Rule 2014 and Local Rule 2014-1; and (c) that the relief requested in the Application is in the best interest of the Debtors, their estates, creditors, and other parties in interest. Based on the foregoing, and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The Application is GRANTED.

2. Under 11 U.S.C. §§ 327(a) the Debtors, as debtors-in-possession, are authorized to retain and employ Dickinson Wright PLLC as their attorneys as of May 27, 2025 to perform the services on the terms and conditions set forth in the Application; and

3. Dickinson Wright PLLC will be compensated in accordance with the procedures set forth in the Application, 11 U.S.C. §§ 330 and 331, such Bankruptcy Rules and Local

Rules as may be applicable from time to time, and such procedures as may be fixed by order of this Court.

**SO ORDERED**

Submitted by:

/s/ *Carolyn J. Johnsen*

Carolyn J. Johnsen *(Admitted Pro Hac Vice)*
Arizona Bar No. 11894
**DICKINSON WRIGHT PLLC**
1850 N. Central Ave. Suite 1400
Phoenix, AZ  85004
Telephone:  (602) 285-5040
Facsimile:   844-670-6009
cjjohnsen@dickinsonwright.com

Manuel D. Cardona
Ohio Bar No. 0098079
**DICKINSON WRIGHT PLLC**
180 E Broad St #3400
Columbus, OH 43215
Telephone:  614-591-5468
Facsimile: 844-670-6009
mcardona@dickinsonwright.com

Nicholas J. Hall *(Admitted Pro Hac Vice)*
Ohio Bar No. 104359
**DICKINSON WRIGHT PLLC**
300 W Vine St #1700
Lexington, KY 40507
Telephone: (859) 899-8756
Facsimile: 844-670-6009
nhall@dickinson-wright.com

*Proposed Counsel for the Debtors*

4900-0066-3370 v1 [99998-2606]