**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 25-52291 (Jointly Administered) |
| | : | |
| Capture Collective, Inc., *et al.*,[1] | : | Chapter 11, Subchapter V |
| | : | |
| Debtors. | : | Judge Tiffany Strelow Cobb |

**CREDITOR GREEN CORAL TRUST'S RESPONSE TO DEBTORS' OBJECTION TO PROOF OF CLAIM #2-1 [DOC. 79]**

Creditor Green Coral Trust ("GCT") asks this Court to overrule Debtors' objection to proof of claim #2-1 [Doc. 79] ("Objection") because Green Coral Trust is a creditor (in addition to being a minority shareholder) of Capture Diagnostics, LLC's ("Diagnostics) bankruptcy estate. GCT will be amending its proof of claim in the near future; in the meantime, GCT asserts as follows.

GCT submitted POC #2-1 on June 25, 2025 without the benefit of bankruptcy counsel. Undersigned counsel entered his appearance on August 8, 2025, and has been getting up to speed in these jointly administered bankruptcy proceedings since.

GCT's claim is derived from its minority membership interest in Diagnostics. Specifically, GCT, as a shareholder in Diagnostics, received certain distributions from Diagnostics pre-petition. GCT was supposed to receive two distributions around May 2022, one for $944,444.44, and one for $150,000. While GCT received the $944,444.44 distribution, GCT did not receive the $150,000 distribution. GCT asserts a claim for the $150,000 distribution that Diagnostics was supposed to make to GCT but never did. Attached as **Exhibit 1** to this response is an email chain between David Nguyen, GCT's Trustee, and Faith Comtess, Capture Collective's Controller, regarding these distributions.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Capture Collective, Inc. (7777); Capture Diagnostics, LLC (9259); and Capture Diagnostics HIB01, LLC (1325). The Debtors' mailing address is 4923 Dierker Road, Columbus, Ohio 43220.

Respectfully submitted,

/s/ Matthew M. Zofchak
Matthew M. Zofchak           (0096279)
Peter W. Stoecklein          (0102272)
Kegler, Brown, Hill + Ritter
65 East State Street, Suite 1800
Columbus, Ohio 43215
T: (614) 462-5400; F: (614) 464-2634
mzofchak@keglerbrown.com
pstoecklein@keglerbrown.com
*Counsel for Green Coral Trust*

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Creditor Green Coral Trust's Response Debtors' Objection to Green Coral Trust's Proof of Claim #2-1* was served on September 10, 2025 (i) electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court, and (ii) by ordinary mail to:

Capture Collective, Inc.
4923 Dierker Rd.
Columbus, OH 43220

Capture Diagnostics, LLC
4923 Dierker Rd.
Columbus, OH 43220

Capture Diagnostics HIB01, LLC
4923 Dierker Rd.
Columbus, OH 43220

Office of the U.S. Trustee
170 N. High St., 2nd Floor
Columbus, OH 43215

Donald W. Mallory, Esq.
Wood & Lamping
600 Vine Street, Suite 2500
Cincinnati, OH 45202

/s/ Matthew M. Zofchak
Matthew M. Zofchak           (0096279)

2

**From:** David T. Nguyen <david@xcadvisors.com>
**Date:** Tuesday, September 27, 2022 at 9:59 AM
**To:** Faith Comtess <fcomtess@captured.co>
**Cc:** Faith Comtess <fcomtess@capturemirad.com>
**Subject:** Re: Tobi Dividend

Following up on the September 2nd wire for $150k.

**From:** David T. Nguyen <david@xcadvisors.com>
**Date:** Thursday, September 22, 2022 at 6:20 AM
**To:** Faith Comtess <fcomtess@capturemirad.com>
**Subject:** Re: Tobi Dividend

The August 8, 2022 wire was returned because of incomplete instructions. You said you sent a new wire on September 2, 2022 but that was not received. Do you have confirmation of the September 2, 2022 wire?

**From:** Faith Comtess <fcomtess@capturemirad.com>
**Date:** Wednesday, September 14, 2022 at 1:51 PM
**To:** David T. Nguyen <david@xcadvisors.com>
**Subject:** Re: Tobi Dividend

Hi David!

I spoke to the bank and they confirmed it went through – it may have gone through back in August. I've attached the confirmation they sent over below!

1

**EXHIBIT 1**



Thanks!

**Faith Comtess**
**Controller**
CAPTURE COLLECTIVE

---

**From:** "David T. Nguyen" <david@xcadvisors.com>
**Date:** Monday, September 12, 2022 at 5:26 PM
**To:** Faith Comtess <fcomtess@capturemirad.com>
**Subject:** Re: Tobi Dividend

Received the $944,444.44. amount but not the $150,000.

---

**From:** Faith Comtess <fcomtess@capturemirad.com>
**Date:** Monday, September 12, 2022 at 2:25 PM
**To:** David T. Nguyen <david@xcadvisors.com>
**Subject:** Re: Tobi Dividend

Hi David,

I apologize, I am calling the bank right now!

The amounts are:

2

EXHIBIT 1

$944,444.44
$150,000.00

I received a confirmation on 9/2/22 that they were both sent.

Faith Comtess
Controller
Capture Collective

---

**From:** "David T. Nguyen" <david@xcadvisors.com>
**Date:** Monday, September 12, 2022 at 4:45 PM
**To:** Faith Comtess <fcomtess@capturemirad.com>
**Subject:** Re: Tobi Dividend

It has not hit our account yet. What were the amounts of the two wires?

---

**From:** Faith Comtess <fcomtess@capturemirad.com>
**Date:** Monday, September 12, 2022 at 1:06 PM
**To:** David T. Nguyen <david@xcadvisors.com>
**Cc:** Faith Comtess <fcomtess@captured.co>
**Subject:** Re: Tobi Dividend

Hi David!

Did you see two wires come in from Capture Diagnostics last week? The bank said that they were both showing as confirmed – if not, I will follow back up with them! Apologies for the inconvenience.

Thank you!

Faith Comtess
Controller
Capture Collective

---

**From:** "David T. Nguyen" <david@xcadvisors.com>
**Date:** Sunday, September 11, 2022 at 11:05 PM
**To:** Faith Comtess <fcomtess@capturemirad.com>
**Cc:** Faith Comtess <fcomtess@captured.co>
**Subject:** Re: Tobi Dividend

Hi, just following up this.

---

**From:** Faith Comtess <fcomtess@capturemirad.com>
**Date:** Friday, September 2, 2022 at 10:32 AM
**To:** David T. Nguyen <david@xcadvisors.com>
**Cc:** Faith Comtess <fcomtess@captured.co>
**Subject:** Re: Tobi Dividend

Hi David,

3

EXHIBIT 1

I send an inquiry out to our banking contact – I'll let you know as soon as I hear back with the confirmation! I apologize for the inconvenience.

Thank you,

**Faith Comtess**
**Controller**
CAPTURE COLLECTIVE

---

**From:** "David T. Nguyen" <david@xcadvisors.com>
**Date:** Friday, September 2, 2022 at 12:22 PM
**To:** Faith Comtess <fcomtess@capturemirad.com>
**Cc:** Faith Comtess <fcomtess@captured.co>
**Subject:** Re: Tobi Dividend

There is no wire on 8/19. Do you have a reference number?

> On Sep 2, 2022, at 5:07 AM, Faith Comtess <fcomtess@capturemirad.com> wrote:
>
> Hi David,
>
> I apologize, I had the first date that we sent it. We resent the wire on 8/19/22 and I'm not showing that as returned. Do you see a wire from that date in the account?
>
> Thank you!!
>
> **Faith Comtess**
> **Controller**
> CAPTURE COLLECTIVE
>
> ---
>
> **From:** "David T. Nguyen" <david@xcadvisors.com>
> **Date:** Friday, September 2, 2022 at 8:06 AM
> **To:** Faith Comtess <fcomtess@capturemirad.com>
> **Cc:** Faith Comtess <fcomtess@captured.co>
> **Subject:** Re: Tobi Dividend
>
> Our brokerage returned it as it did not contain brokerage account number Green Coral Trust. I have requested a copy of the return wire. Do you see the return wire on 8/8 on your account?
>
>> On Sep 2, 2022, at 4:31 AM, Faith Comtess <fcomtess@capturemirad.com> wrote:

4

EXHIBIT 1

Hi David!

I'm showing that this processed from our bank on 8/8/2022. Can you confirm that this is showing in the account in the amount of $150,000.00?

Thank you,

**Faith Comtess**
**Controller**
CAPTURE COLLECTIVE

---

**From:** "David T. Nguyen" <david@xcadvisors.com>
**Date:** Wednesday, August 31, 2022 at 8:52 PM
**To:** Faith Comtess <fcomtess@capturemirad.com>, Faith Comtess <fcomtess@captured.co>
**Subject:** Re: Tobi Dividend

Hi Faith,

Just following up on this. If necessary you also send a check directly to the trust's banker in New York:

> Joshua Bruegman
> RBC Wealth Management
> 1211 Avenue of the Americas, Ste 3300
> New York, NY 10036

Thanks,
David

---

**From:** Faith Comtess <fcomtess@capturemirad.com>
**Date:** Friday, August 19, 2022 at 8:57 AM
**To:** David T. Nguyen <david@xcadvisors.com>, Faith Comtess <fcomtess@captured.co>
**Subject:** Re: Tobi Dividend

Hi David,

Thank you! We are having the bank send directly instead of through our normal portal to ensure that the full FFC is included.

Thanks!

**Faith Comtess**
Controller
(614) 531-0610
**CAPTURE COLLECTIVE**
LinkedIn | captured.co

5

**EXHIBIT 1**

**From:** "David T. Nguyen" <david@xcadvisors.com>
**Date:** Friday, August 19, 2022 at 11:51 AM
**To:** Faith Comtess <fcomtess@capturemirad.com>, Faith Comtess <fcomtess@captured.co>
**Subject:** Re: Tobi Dividend

Please make sure they include this instruction:

**Further Credit to:** Green Coral Trust 325-14054

As it was missing from the first wire and thus returned.

---

**From:** Faith Comtess <fcomtess@capturemirad.com>
**Date:** Friday, August 19, 2022 at 8:49 AM
**To:** David T. Nguyen <david@xcadvisors.com>, Faith Comtess <fcomtess@captured.co>
**Subject:** Re: Tobi Dividend

Hi David!

I apologize for the delay. I spoke to the bank, and the initial wire came back returned. They are resending the wire today!

Thank you,

**Faith Comtess**
**Controller**
CAPTURE COLLECTIVE

---

**From:** "David T. Nguyen" <david@xcadvisors.com>
**Date:** Thursday, August 18, 2022 at 6:28 PM
**To:** Faith Comtess <fcomtess@captured.co>
**Subject:** Re: Tobi Dividend

Hi Faith,

Do you have a wire confirmation that you can email to me thank you.

David

---

**From:** Faith Comtess <fcomtess@captured.co>
**Date:** Monday, August 8, 2022 at 6:00 AM
**To:** David T. Nguyen <david@xcadvisors.com>
**Subject:** Re: Tobi Dividend

Thank you David! That payment has been wired over - please let me know if you do not receive it by EOD today.

Have a great day!

6

EXHIBIT 1

On Thu, Jul 14, 2022 at 3:49 PM David T. Nguyen <david@xcadvisors.com> wrote:

John,

Below are the wiring instructions for Green Coral Trust. Please let me know the expect amount so that I can let the banker to expect the wire.

**ABA Number:** ████0022

**Bank Name:** U.S. Bank

**Bank Address:** 800 Nicollet Ave, Minneapolis, MN 55402

**Account Number:** ████7208

**Account Name**: RBC Capital LLC

**Further Credit to:** Green Coral Trust 325-14054

Thank you,

David T. Nguyen
**XC Advisors**
8383 Wilshire Blvd, Suite 800
Beverly Hills, California 90211
Office:  +1 424 421 7040
Direct:  +1 424 421 7041
Fax:      +1 424 421 7049

Business | Real Estate | Tax & Estate Planning

---

**From:** John D'Orazio <jdorazio@captured.co>
**Date:** Thursday, July 14, 2022 at 12:44 PM
**To:** David T. Nguyen <david@xcadvisors.com>
**Cc:** Faith Comtess <fcomtess@captured.co>
**Subject:** Tobi Dividend

Hi David,

I hope you've been well! Can you please send me the wire instructions for Green Coral Trust?

I want to give Tobi space as he mourns the passing of his father, but we really need to finalize the payment as this was for the May dividend we declared.

Thank you,

**John T. D'Orazio**
Founder | CEO

EXHIBIT 1

CAPTURE COLLECTIVE
LinkedIn | captured.co

--

**Faith Comtess**
**Controller**
Cell: (614) 531-0610
CAPTURE COLLECTIVE

8

EXHIBIT 1