## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 25-52291 (Jointly Administered) |
| | : | |
| Capture Collective, Inc., *et al.*,[1] | : | Chapter 11, Subchapter V |
| | : | |
| Debtors. | : | Judge Tiffany Strelow Cobb |

### RULE 2019 VERIFIED STATEMENT

| | |
|---|---|
| STATE OF OHIO | : |
| | :   SS |
| COUNTY OF FRANKLIN | : |

I, Matthew M. Zofchak, verify under penalty of perjury that the following statements are true and correct:

1. I am an attorney at law, duly admitted to practice in the State of Ohio, and United States District Court, Southern District of Ohio.

2. I was engaged by creditors Green Coral Trust and Island Distribution Services, LLC to represent their interests in the above-captioned bankruptcy proceedings. Green Coral Trust can be reached c/o David T. Nguyen, 468 N. Camden Dr. #93125, Beverly Hills, CA 90211. Island Distribution Services, LLC can be reached via Robert Sakamoto, Char, Sakamoto, Ishii, 841 Bishop Street, Ste. 850, Honolulu, HI 96813.

3. Green Coral Trust and Island Distribution Services, LLC are both creditors that assert they are owed money from one or more of the Debtors in the above-captioned proceedings.

4. Green Coral Trust asserts that it is owed $150,000 in the form of a pre-petition distribution that it did not receive as a minority equity holder in Debtor Capture Diagnostics, LLC.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Capture Collective, Inc. (7777); Capture Diagnostics, LLC (9259); and Capture Diagnostics HIB01, LLC (1325). The Debtors' mailing address is 4923 Dierker Road, Columbus, Ohio 43220.

5. Island Distribution Services, LLC asserts that it is owed the principal sum of $4,217,877.62, plus any applicable attorneys' fees, expenses, interest, court costs, or other appropriate relief, from one or more of the Debtors relating to pre-petition services that Island Distribution Services, LLC rendered.

6. Green Coral Trust is an 80% owner of Geopolicy Development Group LLC, which is a shareholder in Debtor Capture Collective, Inc. Geopolicy Development Group LLC loaned $1 million to Island Distribution Services, LLC in 2021 to support pre-petition services that Island Distribution Services, LLC was rendering, or had rendered, to one or more of the Debtors.

10/24/25
Date

_____
Matthew M. Zofchak, Esq.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Rule 2019 Verified Statement* was served on October 24, 2025 (i) electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court, and (ii) by ordinary U.S. Mail, addressed to:

Capture Collective, Inc.
4923 Dierker Rd.
Columbus, OH 43220

Capture Diagnostics, LLC
4923 Dierker Rd.
Columbus, OH 43220

Capture Diagnostics HIB01, LLC
4923 Dierker Rd.
Columbus, OH 43220

Office of the U.S. Trustee
170 N. High St., 2nd Floor
Columbus, OH 43215

Donald W. Mallory, Esq.
Wood & Lamping
600 Vine Street, Suite 2500
Cincinnati, OH 45202

/s/ Matthew M. Zofchak
Matthew M. Zofchak  (0096279)