# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 25-52291 (Jointly Administered) |
| | : | |
| Capture Collective, Inc., *et al.*,[1] | : | Chapter 11, Subchapter V |
| | : | |
| Debtors. | : | Judge Tiffany Strelow Cobb |

### CREDITOR GREEN CORAL TRUST'S WITHDRAWAL OF Proof of Claim #2

Creditor Green Coral Trust withdraws its Proof of Claim #2-1 filed on June 25, 2025.

Respectfully submitted,

/s/  Matthew M. Zofchak
Matthew M. Zofchak        (0096279)
Peter W. Stoecklein         (0102272)
Kegler, Brown, Hill + Ritter
65 East State Street, Suite 1800
Columbus, Ohio 43215
T: (614) 462-5400; F: (614) 464-2634
mzofchak@keglerbrown.com
pstoecklein@keglerbrown.com
*Counsel for Creditor Green Coral Trust*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows:  Capture Collective, Inc. (7777); Capture Diagnostics, LLC (9259); and Capture Diagnostics HIB01, LLC (1325).  The Debtors' mailing address is 4923 Dierker Road, Columbus, Ohio 43220.

## **CERTIFICATE OF SERVICE**

      I certify that on this October 27, 2025, a copy of the foregoing *Creditor Green Coral Trust's Withdrawal of Proof of Claim #2* was submitted to the Court and served via email upon the following:

Capture Collective, Inc.
4923 Dierker Rd.
Columbus, OH 43220

Capture Diagnostics, LLC
4923 Dierker Rd.
Columbus, OH 43220

Capture Diagnostics HIB01, LLC
4923 Dierker Rd.
Columbus, OH 43220

Office of the U.S. Trustee
170 N. High St., 2nd Floor
Columbus, OH 43215

Donald W. Mallory, Esq.
Wood & Lamping
600 Vine Street, Suite 2500
Cincinnati, OH 45202

I further certify that a copy of the foregoing was served via email to:

- david@xcadvisors.com
- william@isldst.com

                                            /s/  Matthew M. Zofchak
                                            Matthew M. Zofchak      (0096279)