| **Fill in this information to identify the case:** |
| --- |

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _____                      Date report filed: _____
MM / DD / YYYY

Line of business: _____         NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    _____

Original signature of responsible party  _*SB*_ _____

Printed name of responsible party      _____

## ▮   1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | Yes | No | N/A |
| --- | --- | --- | --- |
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1.  Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2.  Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3.  Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4.  Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5.  Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6.  Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7.  Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8.  Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9.  Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10.  Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11.  Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12.  Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13.  Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14.  Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15.  Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16.  Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name _____     Case number_____

17.  Have you paid any bills you owed before you filed bankruptcy?                              ❏        ❏        ❏

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏        ❏        ❏

## **2. Summary of Cash Activity for All Accounts**

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                    $ _____

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                                           $ _____

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                                                       − $ _____

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.                                    + $ _____
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                                               = $ _____

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## **3. Unpaid Bills**

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                                                                          $ _____

*(Exhibit E)*

Debtor Name _____     Case number_____

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                          $ _____

     *(Exhibit F)*

---

## 5. Employees

26. What was the number of employees when the case was filed?                                        _____

27. What is the number of employees as of the date of this monthly report?                       _____

---

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ _____

30. How much have you paid this month in other professional fees?                                              $ _____

31. How much have you paid in total other professional fees since filing the case?                             $ _____

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | – | Column B | = | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | | **Actual** | | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | – | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | – | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | – | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                          $ _____

36. Total projected cash disbursements for the next month:                                   – $ _____

37. Total projected net cash flow for the next month:                                         = $ _____

---

Debtor Name  _____          Case number_____

| | 8. Additional Information |

If available, check the box to the left and attach copies of the following documents.

❑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

❑  39.  Bank reconciliation reports for each account.

❑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❑  41.  Budget, projection, or forecast reports.

❑  42.  Project, job costing, or work-in-progress reports.

**Oct 1 - Oct 31, 2025**
Account Number: ▮▮▮▮▮7099

**Capture Collective checking account - Diagnostics**
4923 Dieker Rd
Columbus, OH 43220



**Checking provided by
Column N.A., Member FDIC**

For inquiries:

50 W Broadway
Suite 333, #15548
Salt Lake City, UT 84101

Support
+1 (833) 228-2044
support@brex.com

# Account Statement

1. Account Summary
2. Activity – Deposits & Credits
3. Activity – Withdrawals & Debits

Oct 1 - Oct 31, 2025
Account Number ████████ 099



Capture Collective checking account - Diagnostics

# Account Summary

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Balance** | - | - |
| **Additions** | - | - |
| Deposits & Credits | - | - |
| **Subtractions** | - | - |
| Withdrawals & Debits | - | - |
| Fees & Charges | - | - |
| **Ending Account Balance** | - | - |

Oct 1 - Oct 31, 2025
Account Number: ███████ 7099



Capture Collective checking account - Diagnostics

## Activity - Deposits & Credits

| Date | From | Method | Amount |
|------|------|--------|--------|
| **Total Deposits & Credits** | | | - |

## Activity - Withdrawals & Debits

| Date | To | Method | Amount |
|------|------|--------|--------|
| **Total Withdrawals & Debits** | | | - |

Oct 1 - Oct 31, 2025
Account Number: ███████████7099



Capture Collective checking account - Diagnostics

**Statement Corrections.** Checking account provided by Column N.A., Member FDIC. Please review your statement and promptly report any inaccuracies or discrepancies to Column N.A. by contacting Brex Inc. at support@brex.com or +1 (833) 228-2044. Please include your account number when writing to us.

**Oct 1 - Oct 31, 2025**
Account Number: ▮▮▮▮▮ 7520

Capture Collective checking account - Capture ACCT 2
4923 Dieker Rd
Columbus, OH 43220



**Checking provided by
Column N.A., Member FDIC**

For inquiries:

50 W Broadway
Suite 333, #15548
Salt Lake City, UT 84101

Support
+1 (833) 228-2044
support@brex.com

# Account Statement

1. Account Summary
2. Activity – Deposits & Credits
3. Activity – Withdrawals & Debits

Oct 1 - Oct 31, 2025

Account Number: ███████ 7520



Capture Collective checking account - Capture ACCT 2

## Account Summary

|  | This Period | Year-to-Date |
| --- | --- | --- |
| **Beginning Account Balance** | $38,826.90 | $148,092.20 |
| **Additions** | - | - |
| Deposits & Credits | - | - |
| **Subtractions** | - | -$109,265.30 |
| Withdrawals & Debits | - | -$109,265.30 |
| Fees & Charges | - | - |
| **Ending Account Balance** | $38,826.90 | $38,826.90 |

Oct 1 - Oct 31, 2025
Account Number: ███████████7520



Capture Collective checking account - Capture ACCT 2

## Activity - Deposits & Credits

| Date | From | Method | Amount |
|------|------|--------|--------|
| **Total Deposits & Credits** | | | - |

## Activity - Withdrawals & Debits

| Date | To | Method | Amount |
|------|------|--------|--------|
| **Total Withdrawals & Debits** | | | - |

Oct 1 - Oct 31, 2025

Account Number: ███████████7520



**Capture Collective checking account - Capture ACCT 2**

**Statement Corrections.** Checking account provided by Column N.A., Member FDIC. Please review your statement and promptly report any inaccuracies or discrepancies to Column N.A. by contacting Brex Inc. at support@brex.com or +1 (833) 228-2044. Please include your account number when writing to us.

Oct 1 - Oct 31, 2025
Account Number: ▮▮▮▮▮▮▮7279

Capture Collective checking account
4923 Dieker Rd
Columbus, OH 43220



**Checking provided by**
**Column N.A., Member FDIC**

For inquiries:

50 W Broadway
Suite 333, #15548
Salt Lake City, UT 84101

Support
+1 (833) 228-2044
support@brex.com

# Account Statement

1. Account Summary
2. Activity – Deposits & Credits
3. Activity – Withdrawals & Debits

Oct 1 - Oct 31, 2025
Account Number: ████████7279



Capture Collective checking account

## Account Summary

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Balance** | **$13,279.40** | **$63,093.09** |
| **Additions** | - | **$20,349.09** |
| Deposits & Credits | - | $20,349.09 |
| **Subtractions** | **-$6,314.57** | **-$76,477.35** |
| Withdrawals & Debits | -$6,314.57 | -$76,477.35 |
| Fees & Charges | - | - |
| **Ending Account Balance** | **$6,964.83** | **$6,964.83** |

Oct 1 - Oct 31, 2025
Account Number: ███████7279



Capture Collective checking account

## Activity - Deposits & Credits

| Date | From | Method | Amount |
|------|------|--------|--------|
| **Total Deposits & Credits** | | | - |

## Activity - Withdrawals & Debits

| Date | To | Method | Amount |
|------|-----|--------|--------|
| **10/22** | Brex Card | Payment | -$6,314.57 |
| **Total Withdrawals & Debits** | | | **-$6,314.57** |

Oct 1 - Oct 31, 2025
Account Number: ███████████7279



**Capture Collective checking account**

**Statement Corrections.** Checking account provided by Column N.A., Member FDIC. Please review your statement and promptly report any inaccuracies or discrepancies to Column N.A. by contacting Brex Inc. at support@brex.com or +1 (833) 228-2044. Please include your account number when writing to us.

Oct 1 - Oct 31, 2025
Account Number: ██████ 1086

Capture Collective treasury
4923 Dieker Rd
Columbus, OH 43220

 **Brex**

Brex Treasury LLC
Treasury account

For inquiries:

50 W Broadway
Suite 333, #15548
Salt Lake City, UT 84101

Support
+1 (833) 228-2044
support@brex.com

# Account Statement

1. Account Summary
2. Activity – Deposits & Credits
3. Activity – Withdrawals & Debits
4. Account Holdings
5. Holdings – Securities
6. Holdings - Uninvested Cash
7. Activity – Securities Bought & Sold
8. Activity – Dividends, Interest, & Other Income
9. Income Summary

Oct 1 - Oct 31, 2025
Account Number: ██████ 1086



Capture Collective treasury

## Account Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Balance** | $279.76 | - |
| **Additions** | - | - |
| Deposits & Credits | - | - |
| **Subtractions** | - | -$349.09 |
| Withdrawals & Debits | - | -$349.09 |
| Fees & Charges | - | - |
| **Dividends** | $0.89 | $629.74 |
| **Additional Return** | - | - |
| **Ending Account Balance** | $280.65 | $280.65 |

Oct 1 - Oct 31, 2025
Account Number: ███████ 1086



Capture Collective treasury

## Activity - Deposits & Credits

| Date | From | Method | Amount |
|------|------|--------|--------|
| **Total Deposits & Credits** | | | - |

## Activity - Withdrawals & Debits

| Date | To | Method | Amount |
|------|-----|--------|--------|
| **Total Withdrawals & Debits** | | | - |

Oct 1 - Oct 31, 2025
Account Number: ██████ 1086



Capture Collective treasury

## Account Holdings

**Securities** $280.65

**Uninvested Cash** -

## Holdings - Securities

| Security Name | Symbol | Quantity | Price per Unit | Ending Value Market | Unrealized Gain/Loss |
|---|---|---|---|---|---|
| Dreyfus Government Cash Management - Investor Shares | DGVXX | 280.65 | $1.00 | $280.65 | - |
| **Total Mutual Funds** | | | | **$280.65** | - |

## Holdings - Uninvested Cash

| | Ending value |
|---|---|
| **Uninvested Cash** | - |

Oct 1 - Oct 31, 2025
Account Number: ████ 1086



**Capture Collective treasury**

# Activity - Securities Bought & Sold

| Settlement Date | Security Name | Symbol | Transaction Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|---|
| **10/1** | Dreyfus Government Cash Management - Investor Shares | DGVXX | Bought | 0.89 | $1.00 | -$0.89 |
| **Total securities bought** | | | | | | -$0.89 |
| **Total securities sold** | | | | | | - |
| **Net securities bought & sold** | | | | | | -$0.89 |

Oct 1 - Oct 31, 2025
Account Number: ██████ 1086



**Capture Collective treasury**

## Activity — Dividends, Interest, & Other Income

| Settlement Date | Security Name | Symbol | Transaction Description | Transaction Amount |
|---|---|---|---|---|
| **10/1** | Dreyfus Government Cash Management - Investor Shares | DGVXX | Dividend Received | $0.89 |
| **Total Dividends, Interest, & Other Income** | | | | **$0.89** |

Oct 1 - Oct 31, 2025
Account Number: ██████ 1086



**Capture Collective treasury**

# Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | | |
| Dividends | $0.89 | $629.74 |
| Additional return | - | - |
| **Total Taxable** | **$0.89** | **$629.74** |

Oct 1 - Oct 31, 2025
Account Number: ██████1086



**Capture Collective treasury**

**Statement Corrections.** Please review your statement and promptly report any inaccuracies or discrepancies to Brex Treasury LLC (Brex Treasury) at support@brex.com or +1 (833) 228-2044. Any oral communications should be re-confirmed in writing to protect your rights, including rights under the Securities Investor Protection Act (SIPA). Please include your account number when writing to us.

**SIPC Coverage.** Brex Treasury is a member of the Securities Investor Protection Corporation (SIPC). Customers are protected up to the applicable SIPC limits (currently up to $500,000, including cash claims of up to $250,000) if Brex Treasury were to go out of business and there were customer securities or funds unaccounted for. However, SIPC coverage does not protect against a decline in the market value of securities or the failure of a money market fund. For details, including the SIPC brochure, please see www.sipc.org.

**Money Market Fund.** Funds in your account will automatically be invested in the Dreyfus money market fund (DGVXX) on the business day following the date that funds are credited to your account. You will not receive confirmations for individual transactions. For more information on DGVXX, see https://mmf.p.brex.com/. An investment in a money market mutual fund is not insured or guaranteed by Brex Treasury, any bank, the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in a fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Past performance data shown does not guarantee future results.

**Sales Loads and Fees.** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with access to, purchase of, and/or maintenance of positions in mutual fund or other investment products or platforms, some funds, or their investment affiliates, may pay Brex Treasury sales loads and 12b-1 fees as described in the prospectus as well as program participation and maintenance fees. Additional information about the sources and amounts of compensation as well as other information received by Brex Treasury will be furnished to you upon written request. Upon written request, Brex Treasury will mail a financial statement, which is also available for inspection at its office.

**Brex Treasury.** Brex Treasury carries your account and acts as your agent for trades in your account and as custodian for funds or securities you deposit with us or as a result of transactions we process for your account. Brex Treasury is a member of the Financial Industry Regulatory Authority, Inc. (FINRA). You may check the background of the firm on FINRA's BrokerCheck or contact FINRA at www.finra.org.

📅 **Oct 1 - Oct 31, 2025**
Account Number: ████ 0577

🗓 **Capture Collective vault**
4923 Dieker Rd
Columbus, OH 43220



Brex Treasury LLC
Vault account

For inquiries:

50 W Broadway
Suite 333, #15548
Salt Lake City, UT 84101

Support
+1 (833) 228-2044
support@brex.com

# Account Statement

1. Account Summary
2. Activity – Deposits & Credits
3. Activity – Withdrawals & Debits
4. Account Holdings
5. Holdings - Cash at Partner Banks
6. Holdings - Uninvested Cash
7. Activity – Interest & Other Income
8. Income Summary

Oct 1 - Oct 31, 2025
Account Number: ███████ 0577



Capture Collective vault

# Account Summary

|  | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Balance** | - | - |
| **Additions** | - | - |
| Deposits & Credits | - | - |
| **Subtractions** | - | - |
| Withdrawals & Debits | - | - |
| Fees & Charges | - | - |
| **Ending Account Balance** | - | - |

Oct 1 - Oct 31, 2025
Account Number: ███████ 0577



Capture Collective vault

## Activity - Deposits & Credits

| Date | From | Method | Amount |
|------|------|--------|--------|
| **Total Deposits & Credits** | | | - |

## Activity - Withdrawals & Debits

| Date | To | Method | Amount |
|------|------|--------|--------|
| **Total Withdrawals & Debits** | | | - |

Oct 1 - Oct 31, 2025
Account Number: ████████ 0577



Capture Collective vault

## Account Holdings

**Cash at Partner Banks**                                    -

**Uninvested Cash**                                          -

## Holdings - Cash at Partner Banks

| Bank name | Ending value |
| --- | --- |
| Cash at Partner Banks | - |

## Holdings - Uninvested Cash

| | Ending value |
| --- | --- |
| Uninvested Cash | - |

Oct 1 - Oct 31, 2025
Account Number: ███████ 0577



Capture Collective vault

## Activity — Interest & Other Income

| Settlement Date | Security Name | Symbol | Transaction Description | Transaction Amount |
|---|---|---|---|---|
| **Total Interest & Other Income** | | | | - |

Oct 1 - Oct 31, 2025
Account Number: ███████ 0577



Capture Collective vault

# Income Summary

|  | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | | |
| Additional return | - | - |
| **Total Taxable** | - | - |

Oct 1 - Oct 31, 2025

Account Number: ████████0577



**Capture Collective vault**

**Statement Corrections.** Please review your statement and promptly report any inaccuracies or discrepancies to Brex Treasury LLC (Brex Treasury) at support@brex.com or +1 (833) 228-2044. Any oral communications should be re-confirmed in writing to protect your rights, including rights under the Securities Investor Protection Act (SIPA). Please include your account number when writing to us.

**SIPC Coverage.** Brex Treasury is a member of the Securities Investor Protection Corporation (SIPC). Customers are protected up to the applicable SIPC limits (currently up to $500,000, including cash claims of up to $250,000) if Brex Treasury were to go out of business and there were customer securities or funds unaccounted for. However, SIPC coverage does not protect against a decline in the market value of securities or the failure of a money market fund. For details, including the SIPC brochure, please see www.sipc.org.

**FDIC Sweep Program.** Funds in your vault account are swept to FDIC-insured accounts at one or more Brex partner banks. Your account balance will generally be swept to the partner bank on the business day following the date that funds are credited to your account. Once at a partner bank, the deposit is not covered by SIPC but is eligible for FDIC insurance coverage subject to the applicable coverage limit, which is currently up to $250,000 per account ownership per institution for a total of $6M. You are responsible for monitoring your total assets at each partner bank to confirm the extent of FDIC insurance available. For details, please see www.fdic.gov. For more information about the FDIC Sweeps Program, see Brex Sweep Disclosure and the list of Brex partner banks is available at https://www.brex.com/legal/brex-cash-partner-banks.

**Brex Treasury.** Brex Treasury carries your account and acts as your agent for trades in your account and as custodian of funds or securities you deposit with us or as a result of transactions we process for your account. Brex Treasury is a member of the Financial Industry Regulatory Authority, Inc. (FINRA). You may check the background of the firm on FINRA's BrokerCheck or contact FINRA at www.finra.org.

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2025 through October 31, 2025

Account Number: �details 7207



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00012603 DRE 001 212 30925 NNNNNNNNNNN  1 000000000 D5 0000

CAPTURE COLLECTIVE, INC.
4923 DIERKER RD
COLUMBUS OH 43220-2946

## IMPORTANT UPDATE: Some fees are changing on business account(s) effective January 1, 2026

Beginning **January 1**, applicable fees will change on your account, and will be reflected on your statement for January.

- **Chase Performance Business Checking® and Chase Performance Business Checking® with Interest:**
  - **Monthly Service Fee** will increase from $30 to $40. To learn more about ways to waive this fee please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Business Complete Checking®, Platinum Checking^SM, Business Total Savings^SM and Premier Savings^SM:**
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Chase Analysis Business Checking® and Chase Analysis Business Checking with Interest®:**
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

For more information about fees related to your Chase business account, please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.

We're here to help. If you have any questions, please call the number on this statement.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $3,577.49 |
| **Ending Balance** | 0 | $3,577.49 |



Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

## CHASE 🅾

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2025 through October 31, 2025

Account Number:  ████████5392



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00035444 DRE 001 212 30525 NNNNNNNNNNN  1 000000000 64 0000
CAPTURE COLLECTIVE, INC.
PO BOX 30894
COLUMBUS OH 43230-0894

## IMPORTANT UPDATE: Some fees are changing on business account(s) effective January 1, 2026

Beginning **January 1**, applicable fees will change on your account, and will be reflected on your statement for January.

- **Chase Performance Business Checking® and Chase Performance Business Checking® with Interest:**
  - **Monthly Service Fee** will increase from $30 to $40. To learn more about ways to waive this fee please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Business Complete Checking®, Platinum Checking$^{SM}$, Business Total Savings$^{SM}$ and Premier Savings$^{SM}$:**
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Chase Analysis Business Checking® and Chase Analysis Business Checking with Interest®:**
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

For more information about fees related to your Chase business account, please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.

We're here to help. If you have any questions, please call the number on this statement.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,343.06** |
| Fees | 1 | -95.00 |
| **Ending Balance** | **1** | **$3,248.06** |


**CHASE ✺**

October 01, 2025 through October 31, 2025

Account Number: ████████ 6392

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/01 | Service Charges For The Month of September | $95.00 |
| **Total Fees** | | **$95.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/01 | $3,248.06 |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: ████████ 7207, ████████ 5223

| | |
|--|--|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$95.00** Will be assessed on 11/3/25 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|-------------|--------|---------|---------|-------------|-------|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Subtotal Other Service Charges (Will be assessed on 11/3/25)** | | | | | **$95.00** |

**ACCOUNT** ████████ 6392

**Monthly Service Fee**
| Monthly Service Fee | 1 | | | | |
|---------------------|---|--|--|--|--|

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.



October 01, 2025 through October 31, 2025

Account Number: ▊▊▊▊▊▊ 5392



---

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**CHASE** ⬡

October 01, 2025 through October 31, 2025

Account Number: ▮▮▮▮▮▮▮6392

This Page Intentionally Left Blank

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



CAPTURE COLLECTIVE INC
4923 DIERKER RD
COLUMBUS OH 43220-2946

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

---

## *Huntington Unlimited Checking*               Account: -------3870

| | | | |
|---|---|---|---|
| **Statement Activity From:** | | **Beginning Balance** | **$59,337.80** |
| **10/01/25 to 10/31/25** | | **Debits (-)** | **32,603.29** |
| | | Other Debits | 32,603.29 |
| Days in Statement Period | 31 | **Total Service Charges (-)** | **112.00** |
| | | **Ending Balance** | **$26,622.51** |
| Average Ledger Balance* | 50,992.34 | | |
| Average Collected Balance* | 50,992.34 | | |
| * The above balances correspond to the | | | |
| service charge cycle for this account. | | | |

---

## *Other Debits (-)*                            Account:-------3870

| Date | Amount | Description |
|---|---|---|
| 10/01 | 1,730.23 | PURCHASE CHUBB 1CL-CC  CHUBB 1CL-CC Philadelphia PA XXXXXXXXXXXX3647 |
| 10/10 | 20.00 | PURCHASE OPENAI *CHATGPT SUBSCR  OPENAI *CHATGPT SUBSCR SAN FRANCISCO CA XXXXXXXXXXXX3647 |
| 10/16 | 11,458.33 | JPMORGAN CHAS PAYMENT  251016 BILL PAY ACCT XXXXXXX3004 PAYEE 000008 |
| 10/31 | 1,936.40 | GERMAN AMERIC PAYMENT  251031 BILL PAY ACCT XXXXXXX3004 PAYEE 000006 |
| 10/31 | 2,000.00 | INDIANA MEMBE PAYMENT  251031 BILL PAY ACCT XXXXXXX3004 PAYEE 000003 |
| 10/31 | 4,000.00 | JPMORGAN CHAS PAYMENT  251031 BILL PAY ACCT XXXXXXX3004 PAYEE 000001 |
| 10/31 | 11,458.33 | JPMORGAN CHAS PAYMENT  251031 BILL PAY ACCT XXXXXXX3004 PAYEE 000008 |

---

## *Service Charge Detail*                        Account:-------3870

| Date | Service Charge (-) | Waives and  Discounts (+) | Description |
|---|---|---|---|
| 10/15 | 30.00 | | ONLINE PAYMENT CENTER FEES |
| 10/15 | 36.00 | | WIRE TRANSFER FEES (INCOMING) |
| 10/15 | 16.00 | | WIRE TRANSFER FEES (OUTGOING) |
| 10/15 | 20.00 | | MONTHLY SERVICE FEE |
| 10/15 | 30.00 | | BUSINESS ONLINE SERVICE FEES |
| 10/15 | | 20.00 | TOTAL RELATIONSHIP SERVICE FEE WAIVE |

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ⬛Ⓡ, Huntington Ⓡ and 24-Hour Grace Ⓡ are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace Ⓡ system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. Ⓒ2025 Huntington Bancshares Incorporated.



## Service Charge Summary

*Account:-------3870*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$132.00** |
| Credits - Previous Month Charges (+) | 20.00 |
| **Net Service Charges** | **$112.00** |
| **Total Service Charges (-)** | **$112.00** |

## Balance Activity

*Account:-------3870*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/30 | 59,337.80 | 10/10 | 57,587.57 | 10/16 | 46,017.24 |
| 10/01 | 57,607.57 | 10/15 | 57,475.57 | 10/31 | 26,622.51 |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
   2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT  INFORMATION  ABOUT  YOUR  TREASURY  MANAGEMENT  SERVICES  AGREEMENT**

If you have Treasury Management Services through Business Online, (e.g., Account Reconcilement, Automated Clearing House ("ACH"), Automated Sweep, Business Security Suite, Cash Deposit and Fulfillment, Controlled Disbursement, eBill Present & Pay, Electronic Deposit, Information Reporting, Integrated Payables, Lockbox Services, Wire Transfer, Zero Balance Accounting, etc.) please know that unless otherwise agreed upon, changes have been made to the Treasury Management Services Agreement, effective January 1, 2026.  A copy of your Treasury Management Services Agreement can be viewed at www.huntington.com/TMServiceAgreement.

Changes to the Treasury Management Services Agreement (the "Agreement") are as follows:

1. First Page

   The first sentence in the third paragraph is restated  (additional/modified  language italicized) as, "*Business and Commercial* customers are responsible to discover and/or prevent unauthorized transactions."

2. Second Page

   Part VI is renamed CASH VAULT DEPOSIT AND FULFILLMENT SERVICES

3. PART IV: AUTOMATED SWEEP SERVICES

   Section 2.B. has been deleted and the remaining subsections re-lettered

   Section 3.A.1. has been deleted and the remaining subsections re-numbered

   New Section 3.A.1 is restated (additional/modified language italicized) as, "Please note that automated funds transfers between your AFI Account and the Money Market Deposit Account are subject to federal regulations which impose limits as set forth in the "*Business Deposit Account Agreement and its disclosures.*"

   Section 3.B.(i) has been deleted and the remaining subsections re-numbered

   The first sentence of Section 3.D. is restated as, "We are required to report to the Internal Revenue Service (IRS) interest or other income paid in connection with the taxable Money Market Funds and Money Market Accounts."

   In Section 5, the second bullet point of the sixth paragraph has been deleted.

4. PART VI:  CASH VAULT DEPOSIT AND FULFILLMENT SERVICES

   This Part has been renamed to include "Vault"

   Section 1, "Vendor"  is restated to "Armored Courier Vendor" beginning with the third reference.

   Section 1.A. the fifth through seventh sentences are restated (additional/modified language italicized) as, "*You* will receive credit on the next Business Day after we receive, verify, and accept a Deposit at our Vault. *If approved and using our designated deposit tracking service, we will provide provisional credit in the amount stated in the deposit tracking service up to a pre-approved amount. The provisional credit will become a final credit on the Business Day following our receipt, verification and acceptance at our Vault.*

   Section 5, "Vendor" is restated to "Armored Courier Vendor".

5. PART VII: EBILL PRESENT & PAY

   Section 7.(f)(i) The first sentence is restated (additional/modified  language italicized) as, "*As of August  6, 2025*, Surchargers are unavailable and the program will prevent you from accepting transactions in the following territories (each, a **Prohibited Territory**), subject to changes by the Parties in accordance with Applicable Law and the Rules:



Connecticut                      Massachusetts                      Puerto Rico"

Section 7.(f)(ii) The state of Maine is added to the listing.

6. PART XVII: GLOSSARY OF TERMS

Subsection (I) is restated (additional/modified language italicized) as, ***"GAAP"*** means Generally Accepted
Accounting Principles established by the Financial Accounting Standards Board."

Remaining subsections were re-lettered.

7. Discovered formatting and typographical errors throughout the document were corrected.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



CAPTURE COLLECTIVE INC
4923 DIERKER RD
COLUMBUS OH 43220-2946

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Checking*                     *Account: -------3883*

| Statement Activity From: 10/01/25 to 10/31/25 | | Beginning Balance | $1,125.52 |
|---|---|---|---|
| | | Credits (+) | 51,226.63 |
| | |   Electronic Deposits | 24,226.63 |
| Days in Statement Period | 31 |   Other Credits | 27,000.00 |
| | | Debits (-) | 52,125.76 |
| Average Ledger Balance* | 1,322.08 |   Wire Transfer Debits | 52,125.76 |
| Average Collected Balance* | 1,322.08 | Total Service Charges (-) | 66.00 |
| * The above balances correspond to the service charge cycle for this account. | | Ending Balance | $160.39 |

## *Other Credits (+)*                                     *Account:-------3883*

| Date | Amount | Description |
|---|---|---|
| 10/14 | 27,000.00 | INTERNET TFR FRM CHECKING   101425 XXXXXXX8818 |
| 10/27 | 24,226.63 | BUS ONL TFR FRM CHECKING   102725 XXXXXXX8818 |

## *Other Debits (-)*                                     *Account:-------3883*

| Date | Amount | Description |
|---|---|---|
| 10/14 | 26,099.13 | OUTGOING FEDWIRE TRANSFER - MANUAL |
| 10/27 | 26,026.63 | OUTGOING FEDWIRE TRANSFER - MANUAL |

## *Service Charge Detail*                                 *Account:-------3883*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 10/15 | 66.00 | | WIRE TRANSFER FEES (OUTGOING) |
| 10/15 | 20.00 | | MONTHLY SERVICE FEE |
| 10/15 | | 20.00 | TOTAL RELATIONSHIP SERVICE FEE WAIVE |

## *Service Charge Summary*                                *Account:-------3883*

| | |
|---|---|
| Previous Month Service Charges (-) | $86.00 |
|   Credits - Previous Month Charges (+) | 20.00 |
| Net Service Charges | $66.00 |
| Total Service Charges (-) | $66.00 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⫿ ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2025 Huntington Bancshares Incorporated.



*Balance Activity*                                                            *Account:-------3883*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09/30 | 1,125.52 | 10/15 | 1,960.39 | | |
| 10/14 | 2,026.39 | 10/27 | 160.39 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).

   2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

   3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



## IMPORTANT INFORMATION ABOUT YOUR TREASURY MANAGEMENT SERVICES AGREEMENT

If you have Treasury Management Services through Business Online, (e.g., Account Reconcilement, Automated Clearing House ("ACH"), Automated Sweep, Business Security Suite, Cash Deposit and Fulfillment, Controlled Disbursement, eBill Present & Pay, Electronic Deposit, Information Reporting, Integrated Payables, Lockbox Services, Wire Transfer, Zero Balance Accounting, etc.) please know that unless otherwise agreed upon, changes have been made to the Treasury Management Services Agreement, effective January 1, 2026.  A copy of your Treasury Management Services Agreement can be viewed at www.huntington.com/TMServiceAgreement.

Changes to the Treasury Management Services Agreement (the "Agreement") are as follows:

1. First Page

   The first sentence in the third paragraph is restated (additional/modified language italicized) as, "*Business and Commercial* customers are responsible to discover and/or prevent unauthorized transactions."

2. Second Page

   Part VI is renamed CASH VAULT DEPOSIT AND FULFILLMENT SERVICES

3. PART IV: AUTOMATED SWEEP SERVICES

   Section 2.B. has been deleted and the remaining subsections re-lettered

   Section 3.A.1. has been deleted and the remaining subsections re-numbered

   New Section 3.A.1 is restated (additional/modified language italicized) as, "Please note that automated funds transfers between your AFI Account and the Money Market Deposit Account are subject to federal regulations which impose limits as set forth in the "*Business Deposit Account Agreement and its disclosures.*"

   Section 3.B.(i) has been deleted and the remaining subsections re-numbered

   The first sentence of Section 3.D. is restated as, "We are required to report to the Internal Revenue Service (IRS) interest or other income paid in connection with the taxable Money Market Funds and Money Market Accounts."

   In Section 5, the second bullet point of the sixth paragraph has been deleted.

4. PART VI:  CASH VAULT DEPOSIT AND FULFILLMENT SERVICES

   This Part has been renamed to include "Vault"

   Section 1, "Vendor"  is restated to "Armored Courier Vendor" beginning with the third reference.

   Section 1.A. the fifth through seventh sentences are restated (additional/modified language italicized) as, "*You* will receive credit on the next Business Day after we receive, verify, and accept a Deposit at our Vault. *If approved and using our designated deposit tracking service, we will provide provisional credit in the amount stated in the deposit tracking service up to a pre-approved amount. The provisional credit will become a final credit on the Business Day following our receipt, verification and acceptance at our Vault.*

   Section 5, "Vendor" is restated to "Armored Courier Vendor".

5. PART VII: EBILL PRESENT & PAY

   Section 7.(f)(i) The first sentence is restated (additional/modified language italicized) as, "*As of August 6, 2025*, Surchargers are unavailable and the program will prevent you from accepting transactions in the following territories (each, a **Prohibited Territory**), subject to changes by the Parties in accordance with Applicable Law and the Rules:



Connecticut                    Massachusetts                    Puerto Rico"

Section 7.(f)(ii) The state of Maine is added to the listing.

6. PART XVII: GLOSSARY OF TERMS

Subsection (I) is restated (additional/modified language italicized) as, **"GAAP"** means Generally Accepted Accounting Principles established by the Financial Accounting Standards Board."

Remaining subsections were re-lettered.

7. Discovered formatting and typographical errors throughout the document were corrected.

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



CAPTURE COLLECTIVE INC
4923 DIERKER RD
COLUMBUS OH 43220-2946

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

---

## *Huntington Business Premier Plus MMA*                     *Account: -------8818*

| | | |
|---|---|---|
| **Statement Activity From:** | **Beginning Balance** | **$480,181.05** |
| **10/01/25 to 10/31/25** | **Credits (+)** | **1,461.06** |
| | Interest Earned | 1,461.06 |
| Days in Statement Period          31 | **Debits (-)** | **51,226.63** |
| | Electronic Withdrawals | 24,226.63 |
| | Other Debits | 27,000.00 |
| Average Ledger Balance*      460,586.23 | **Total Service Charges (-)** | **18.00** |
| Average Collected Balance*   460,586.23 | **Ending Balance** | **$430,397.48** |
| * The above balances correspond to the | | |
| service charge cycle for this account. | | |

*Average Percentage Yield Earned this period 3.799%*

---

## *Other Credits (+)*                                           *Account:-------8818*

| Date | Amount | Description |
|---|---|---|
| 10/31 | 1,461.06 | INTEREST PAYMENT |

## *Other Debits (-)*                                            *Account:-------8818*

| Date | Amount | Description |
|---|---|---|
| 10/14 | 27,000.00 | INTERNET TFR TO CHECKING   101425 XXXXXXX3883 |
| 10/27 | 24,226.63 | BUS ONL TFR TO CHECKING   102725 XXXXXXX3883 |

## *Service Charge Detail*                                       *Account:-------8818*

| Date | Service Charge (-) | Waives and   Discounts (+) | Description |
|---|---|---|---|
| 10/15 | 18.00 | | WIRE TRANSFER FEES (INCOMING) |

## *Service Charge Summary*                                      *Account:-------8818*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$18.00** |
| **Total Service Charges (-)** | **$18.00** |

---

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ⬙ ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2025 Huntington Bancshares Incorporated.



## *Balance Activity*

*Account:-------8818*

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09/30 | 480,181.05 | 10/15 | 453,163.05 | 10/31 | 430,397.48 |
| 10/14 | 453,181.05 | 10/27 | 428,936.42 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).

   2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

   3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



### IMPORTANT INFORMATION ABOUT YOUR TREASURY MANAGEMENT SERVICES AGREEMENT

If you have Treasury Management Services through Business Online, (e.g., Account Reconcilement, Automated Clearing House ("ACH"), Automated Sweep, Business Security Suite, Cash Deposit and Fulfillment, Controlled Disbursement, eBill Present & Pay, Electronic Deposit, Information Reporting, Integrated Payables, Lockbox Services, Wire Transfer, Zero Balance Accounting, etc.) please know that unless otherwise agreed upon, changes have been made to the Treasury Management Services Agreement, effective January 1, 2026.  A copy of your Treasury Management Services Agreement can be viewed at www.huntington.com/TMServiceAgreement.

Changes to the Treasury Management Services Agreement (the "Agreement") are as follows:

1. First Page

   The first sentence in the third paragraph is restated (additional/modified language italicized) as, "*Business and Commercial* customers are responsible to discover and/or prevent unauthorized transactions."

2. Second Page

   Part VI is renamed CASH VAULT DEPOSIT AND FULFILLMENT SERVICES

3. PART IV: AUTOMATED SWEEP SERVICES

   Section 2.B. has been deleted and the remaining subsections re-lettered

   Section 3.A.1. has been deleted and the remaining subsections re-numbered

   New Section 3.A.1 is restated (additional/modified language italicized) as, "Please note that automated funds transfers between your AFI Account and the Money Market Deposit Account are subject to federal regulations which impose limits as set forth in the "*Business Deposit Account Agreement and its disclosures.*"

   Section 3.B.(i) has been deleted and the remaining subsections re-numbered

   The first sentence of Section 3.D. is restated as, "We are required to report to the Internal Revenue Service (IRS) interest or other income paid in connection with the taxable Money Market Funds and Money Market Accounts."

   In Section 5, the second bullet point of the sixth paragraph has been deleted.

4. PART VI:  CASH VAULT DEPOSIT AND FULFILLMENT SERVICES

   This Part has been renamed to include "Vault"

   Section 1, "Vendor"  is restated to "Armored Courier Vendor" beginning with the third reference.

   Section 1.A. the fifth through seventh sentences are restated (additional/modified language italicized) as, "*You* will receive credit on the next Business Day after we receive, verify, and accept a Deposit at our Vault. *If approved and using our designated deposit tracking service, we will provide provisional credit in the amount stated in the deposit tracking service up to a pre-approved amount. The provisional credit will become a final credit on the Business Day following our receipt, verification and acceptance at our Vault.*

   Section 5, "Vendor" is restated to "Armored Courier Vendor".

5. PART VII: EBILL PRESENT & PAY

   Section 7.(f)(i) The first sentence is restated (additional/modified language italicized) as, "*As of August 6, 2025*, Surchargers are unavailable and the program will prevent you from accepting transactions in the following territories (each, a **Prohibited Territory**), subject to changes by the Parties in accordance with Applicable Law and the Rules:



Connecticut                    Massachusetts                    Puerto Rico"

Section 7.(f)(ii) The state of Maine is added to the listing.

6. PART XVII: GLOSSARY OF TERMS

Subsection (I) is restated (additional/modified language italicized) as, ***"GAAP"*** means Generally Accepted Accounting Principles established by the Financial Accounting Standards Board."

Remaining subsections were re-lettered.

7. Discovered formatting and typographical errors throughout the document were corrected.

# Profit and Loss

Capture Collective, Inc.

October 2025

| Distribution account | Total |
|---|---|
| Income | |
| **Gross Profit** | |
| Expenses | |
| 62020 Admin Leased Employees | $0.00 |
| 62021 Admin Payroll | 32,083.34 |
| 62022 Payroll W/C & Fees | 41.04 |
| 62023 Payroll Benefits | 4,785.11 |
| 62024 Payroll Taxes | 1,802.90 |
| 62026 Payroll Processing Fees | 1,382.52 |
| **Total for 62020 Admin Leased Employees** | **$40,094.91** |
| 62300 Consulting | 27,916.66 |
| 62400 Dues and Subscriptions | 1,397.20 |
| 62450 Technology Fees | 60.00 |
| 62600 Insurance | 50.23 |
| 63500 Legal & Professional Services | 4,350.00 |
| 63510 Legal & Professional Services - IP | 10,000.00 |
| 64300 Meals & Entertainment | 124.21 |
| 64600 Rent & Lease | 1,936.40 |
| 65000 Travel | 2,786.30 |
| 67500 Office Supplies & Software | 310.40 |
| 67650 Utilities | 385.65 |
| 69100 Bank Charges & Fees | 291.00 |
| 78000 Research & Development | |
| 78400 R+D Payroll | |
| 78401 Payroll Wages | 10,456.24 |
| 78402 Payroll W/C & Fees | 16.62 |
| 78403 Payroll Benefits | 954.77 |
| 78404 Payroll Taxes | 603.22 |
| **Total for 78400 R+D Payroll** | **$12,030.85** |

Accrual Basis  Friday, November 21, 2025 08:24 AM GMT-05:00

# Profit and Loss

Capture Collective, Inc.
October 2025

| Distribution account | Total |
|---|---|
| 78600 R+D - Supplies | 5,906.90 |
| 78700 R+D - Consultants | 6,000.00 |
| Total for 78000 Research & Development | $23,937.75 |
| **Total for Expenses** | **$113,640.71** |
| **Net Operating Income** | **-$113,640.71** |

Accrual Basis  Friday, November 21, 2025 08:24 AM GMT-05:00

# Profit and Loss

Capture Collective, Inc.
October 2025

| Distribution account | Total |
|---|---|
| Other Income | |
| 80300 Interest Earned | 1,461.95 |
| **Total for Other Income** | **$1,461.95** |
| **Net Other Income** | **$1,461.95** |
| **Net Income** | **-$112,178.76** |

# Statement of Cash Flows

Capture Collective, Inc.

October 2025

| Full name | Total |
| --- | --- |
| Cash flows from operating activities | |
| Net Income | -112,178.76 |
| Adjustments for non-cash income and expenses: | |
| 14050 Due from Capture Diagnostics | -297.00 |
| 20100 Accounts Payable (A/P) | 17,670.00 |
| 24030 Due to Capture Diagnostics - HIB01 | -1,487.11 |
| Brex Credit Card | 6,420.20 |
| Total for Adjustments for non-cash income and expenses: | $22,306.09 |
| Net cash from operating activities | -$89,872.67 |
| Cash flows from investing activities | |
| Cash flows from financing activities | |
| NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | -$89,872.67 |
| Cash and cash equivalents at beginning of year | $599,950.98 |
| CASH AND CASH EQUIVALENTS AT END OF YEAR | $510,078.31 |

Accrual Basis  Friday, November 21, 2025 10:03 AM GMT-05:00

### Vendor Balance Detail Report
#### Capture Collective, Inc.
##### As of October 31, 2025

| | Date | Transaction type | Num | Location full name | Due date | Amount | Open balance | Balance |
|---|---|---|---|---|---|---|---|---|
| **Book + Street** | | | | | | | | |
| | 05/31/2025 | Bill | 6935 | | 06/15/2025 | 9,077.50 | 9,077.50 | 9,077.50 |
| | 05/31/2025 | Bill | 6942 | | 06/15/2025 | 1,460.00 | 1,460.00 | 10,537.50 |
| | 06/30/2025 | Bill | 6946 | | 07/15/2025 | 14,455.00 | 14,455.00 | 24,992.50 |
| | 07/31/2025 | Bill | 7038 | | 08/15/2025 | 10,332.50 | 10,332.50 | 35,325.00 |
| | 08/31/2025 | Bill | 7213 | | 09/15/2025 | 4,135.00 | 4,135.00 | 39,460.00 |
| | 09/30/2025 | Bill | 7236 | | 10/15/2025 | 5,230.00 | 5,230.00 | 44,690.00 |
| | 10/31/2025 | Bill | 7382 | | 11/15/2025 | 4,350.00 | 4,350.00 | 49,040.00 |
| **Total for Book + Street** | | | | | | **$49,040.00** | **$49,040.00** | |
| **Dickinson Wright, PLLC** | | | | | | | | |
| | 05/09/2025 | Bill | 1921168 | | 05/09/2025 | 1,290.00 | 1,290.00 | 1,290.00 |
| | 05/09/2025 | Bill | 2017781 | | 05/09/2025 | 2,450.00 | 2,450.00 | 3,740.00 |
| **Total for Dickinson Wright, PLLC** | | | | | | **$3,740.00** | **$3,740.00** | |
| **Kern Kendrick** | | | | | | | | |
| | 05/31/2025 | Bill | 05312025 | | 06/15/2025 | 10,000.00 | 10,000.00 | 10,000.00 |
| | 06/30/2025 | Bill | 1029 | | 07/15/2025 | 10,500.00 | 10,500.00 | 20,500.00 |
| | 08/04/2025 | Bill | 1049 | | 08/19/2025 | 10,000.00 | 10,000.00 | 30,500.00 |
| | 09/03/2025 | Bill | 1071 | | 09/18/2025 | 11,348.22 | 11,348.22 | 41,848.22 |
| | 10/03/2025 | Bill | | | 10/18/2025 | 10,000.00 | 10,000.00 | 51,848.22 |
| **Total for Kern Kendrick** | | | | | | **$51,848.22** | **$51,848.22** | |
| **Longhi Capital Advisory, LLC** | | | | | | | | |
| | 09/30/2025 | Bill | | | 09/30/2025 | 5,000.00 | 5,000.00 | 5,000.00 |
| | 10/31/2025 | Bill | | | 10/31/2025 | 5,000.00 | 5,000.00 | 10,000.00 |
| **Total for Longhi Capital Advisory, LLC** | | | | | | **$10,000.00** | **$10,000.00** | |
| **Matthew John Soldavini** | | | | | | | | |
| | 08/05/2025 | Bill | 11971 | | 09/04/2025 | 2,360.19 | 2,360.19 | 2,360.19 |
| | 08/05/2025 | Bill | 11972 | | 09/04/2025 | 2,221.51 | 2,221.51 | 4,581.70 |
| | 08/05/2025 | Bill | 11973 | | 09/04/2025 | 2,436.07 | 2,436.07 | 7,017.77 |
| **Total for Matthew John Soldavini** | | | | | | **$7,017.77** | **$7,017.77** | |
| **TOTAL** | | | | | | **$121,645.99** | **$121,645.99** | |