**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
   amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____                          Date report filed: _____
                                                                  MM / DD / YYYY
Line of business: _____           NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

|  |  | | | |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____     Case number_____

17.  Have you paid any bills you owed before you filed bankruptcy?                    ❑      ❑      ❑

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ❑      ❑      ❑

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous     $ _____
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                              $ _____

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.                                                           − $ _____

Report the total from *Exhibit D* here.

22.  **Net cash flow**                                                              + $ _____

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**                                        = $ _____

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                                                              $ _____

*(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                     $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                   _____

27. What is the number of employees as of the date of this monthly report?                      _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $ _____

30. How much have you paid this month in other professional fees?                                              $ _____

31. How much have you paid in total other professional fees since filing the case?                             $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                   $ _____

36. Total projected cash disbursements for the next month:                            − $ _____

37. Total projected net cash flow for the next month:                                  = $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.



# CENTRAL PACIFIC BANK

PO Box 3590
Honolulu, HI 96811-3590
808-544-0500 • 800-342-8422

**RETURN SERVICE REQUESTED**

0011822-0038108 PDFT  001 -----6 849953   100 305 ---ET O 83

CAPTURE DIAGNOSTICS HIBO1 LLC
1330 KINNEAR RD
COLUMBUS OH 43212-1166

| ACCOUNT NUMBER | STATEMENT PERIOD | PAGE |
|---|---|---|
| 8901035478 | 09/30/25 - 10/31/25 | 1 of 2 |

## STATEMENT
Business Checking

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** 09/30/25 | | | **4,464.22** |
| + | 0 | Deposits | 0.00 |
| + | 0 | Other Credits | 0.00 |
| - | 0 | Checks Paid | 0.00 |
| - | 1 | Other Debits | 127.37 |
| **Ending Balance** 10/31/25 | | | **4,336.85** |

100 O 83 0 #



Service worth crossing the road for. Learn more at **cpb.bank/WeGotYou**

Member FDIC



## DEPOSITS

| DATE | REF NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

## OTHER CREDITS

| DATE | REF NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

## CHECKS PAID

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|

## OTHER DEBITS

| DATE | REF NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/24 | 1 | ANALYSIS S/C DEBIT | -127.37 |

## SERVICE CHARGE SUMMARY - TOTAL FEES BY TYPE

| DESCRIPTION | AMOUNT |
|---|---|
| Deposit Assessment | 0.26 |
| Maintenance Fee | 11.83 |
| iBC Number of Users | 30.00 |
| iBC Wire Transfer Se | 10.00 |
| iBC Wire Accounts | 2.00 |
| iBC Check Pos Pay Se | 10.00 |
| iBC Check Pos Pay Ac | 5.00 |
| iBC ACH Pos Pay Serv | 10.00 |
| iBC ACH Pos Pay Acco | 5.00 |
| Less Service Charge Waived | 0.67 |

 Customer Service Center
**Phone:** 808-544-0500  **Toll Free:** 800-342-8422

 Online Statements: **Safe. Secure. Green.**
Enroll online at **cpb.bank**

 Member FDIC   EQUAL HOUSING LENDER



## STATEMENT
Business Checking

| ACCOUNT NUMBER | STATEMENT PERIOD | PAGE |
|---|---|---|
| 8901035478 | 09/30/25 - 10/31/25 | 2 of 2 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09/30 | 4,464.22 | 10/24 | 4,336.85 | | |

 Customer Service Center
**Phone:** 808-544-0500  **Toll Free:** 800-342-8422

Online Statements: **Safe. Secure. Green.**
Enroll online at **cpb.bank**



0011822-0038109

This statement summarizes the activity of your account(s) during the statement period. In case of errors involving checks or questions on your statement, visit any branch or call us at (808) 544-0500 or toll-free at 1-800-342-8422 within 30 days.

## FOR YOUR CONVENIENCE

This form will make it easy to reconcile your bank balance with your checkbook.

### CHECKS OUTSTANDING
### NOT CHARGED TO ACCOUNT

| NUMBER | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| TOTAL  |        |

BALANCE SHOWN ON
THIS STATEMENT              $ _____

PLUS +

DEPOSITS (IF ANY) NOT
CREDITED ON STATEMENT       $ _____

TOTAL                       $ _____

MINUS -

OUTSTANDING CHECKS          $ _____

BALANCE                     $ _____

BALANCE SHOULD AGREE WITH YOUR RECORD AFTER YOU
HAVE DEDUCTED CHARGES/FEES AND ADDED INTEREST
PAID SHOWN ON THIS STATEMENT.

## ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (For Consumers Only)
**In case of errors or questions about your electronic transfers,**

Telephone us at:      (808) 544-0500 or toll-free at 1-800-342-8422
or Write us at:        Central Pacific Bank
                       Attn: Electronic Banking Department
                       P.O. Box 3590
                       Honolulu, HI 96811-3590

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. **We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.**

(1)  Tell us your name and account number (if any).
(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## FAIR CREDIT REPORTING ACT DISCLOSURE (For Consumers Only)
If you believe we may have reported inaccurate information about your account to a consumer reporting agency, write to us at Central Pacific Bank, PO Box 3590, Honolulu, HI 96811-3590. Please identify the inaccurate information and why you feel it is inaccurate.

**Shaka Checking Only –** Both base interest and reward interest are subject to IRS withholding requirements. This statement shows interest withheld on base interest but not on reward interest. Your 1099-INT will reflect interest withheld on base interest and reward interest.

Member FDiC

EQUAL HOUSING
LENDER

0011822-0038110

# Profit and Loss

Capture Diagnostics, HIBO1 LLC

October 2025

| Distribution account | Total |
|---|---|
| Income | |
| **Gross Profit** | |
| Expenses | |
| 62400 Dues and Subscriptions | 297.00 |
| 64600 Rent & Lease | 1,190.11 |
| 69100 Bank Charges & Fees | 127.37 |
| **Total for Expenses** | **$1,614.48** |
| **Net Operating Income** | **-$1,614.48** |
| **Net Other Income** | |
| **Net Income** | **-$1,614.48** |

# A/R Aging Summary Report

Capture Diagnostics, HIBO1 LLC
As of October 31, 2025

| Customer | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| Airport Lab | | | | | 0.00 | 0.00 |
| American Samoa | | | | | 4,333.33 | 4,333.33 |
| Department of Health | | | | | 164,000.00 | 164,000.00 |
| Dr  Somal | | | | | 550.00 | 550.00 |
| Dr Sung Yang | | | | | 0.00 | 0.00 |
| National Kidney Foundation of Hawaii | | | | | 0.00 | 0.00 |
| Tony Takitani | | | | | 0.00 | 0.00 |
| **TOTAL** | | | | | **168,883.33** | **$168,883.33** |

Accrual Basis  Friday, November 21, 2025 08:40 AM GMT-05:00

# Statement of Cash Flows

Capture Diagnostics, HIBO1 LLC

October 2025

| Full name | Total |
|---|---|
| Cash flows from operating activities | |
| Net Income | -1,614.48 |
| Adjustments for non-cash income and expenses: | |
| 14055 Due from/to Capture Collective | 1,487.11 |
| Total for Adjustments for non-cash income and expenses: | $1,487.11 |
| Net cash from operating activities | -$127.37 |
| Cash flows from investing activities | |
| Cash flows from financing activities | |
| NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | -$127.37 |
| Cash and cash equivalents at beginning of year | $4,464.22 |
| CASH AND CASH EQUIVALENTS AT END OF YEAR | $4,336.85 |

Accrual Basis  Friday, November 21, 2025 08:40 AM GMT-05:00