IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| In re ) | Chapter 11 (SubV) | |
| ) | | |
| CAPTURE COLLECTIVE, INC.[1] ) | Case No.  25-52291 | |
| ) | | |
| Debtor-in-Possession ) | Judge Cobb | |
| ) | | |

### UNITED STATES TRUSTEE'S WITNESS LIST

Pursuant to this Court's Order (A) Setting Hearing on Confirmation of the Debtors' Amended Joint Chapter 11 Plan of Reorganization and (B) Establishing Related Deadlines (Scheduling Order, Docket No. 149), the U.S. Trustee submits this Witness List for the confirmation hearing scheduled on December 12, 2025.

**WITNESSES TO BE CALLED BY THE UNITED STATES TRUSTEE**

**Jeffery L. Pfriem, Bankruptcy Analyst**
Office of the United States Trustee
170 North High Street, Suite 200, Columbus, OH  43215
Synopsis of testimony:  Review of Debtors' Petitions, Schedules, Statements, and other related documents;  review of Debtors' Amended Joint Chapter 11 Plan of Reorganization (with focus on the Plan Budget);  Debtors' Monthly Operating Reports.

**Any Witness called by Debtors/Debtors-Representatives**
Addresses and Synopsis of Testimony:  TBD.

Although the U.S. Trustee does not anticipate doing so, he reserves the right to amend this Witness List as necessary, with sufficient notice to Debtors-in-Possession

---

[1] The Debtors in these cases, along with the last 4 digits of each Debtor's federal EIN, are as follows:  Capture Collective, Inc. (*7777);  Capture Diagnostics, LLC (*9259);  and Capture Diagnostics HIB01, LLC (*1325).  Debtors' mailing address is 4923 Dierker Road, Columbus, OH  43220.

and counsel.

Dated: December 9, 2025				ANDREW R. VARA
						UNITED STATES TRUSTEE FOR REGIONS 3 & 9

						*/s/ Pamela Arndt*
						Pamela Arndt  (0068230)
						U.S. Department of Justice
						Office of the U.S. Trustee
						170 North High Street, Suite 200
						Columbus, OH 43215
						Telephone:  (614) 469-7415
						Email: Pamela.D.Arndt@usdoj.gov
						*Trial Attorney for the U.S. Trustee*

## **CERTIFICATE OF SERVICE**

      I certify that on or about December 9, 2025, a copy of the foregoing UNITED STATES TRUSTEE'S WITNESS LIST was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court, and (ii) on the following by ordinary U.S. Mail addressed to:

Capture Collective, Inc.
4923 Dierker Rd
Columbus, OH 43220

                                        */s/ Pamela Arndt*
                                        Pamela Arndt