# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CAPTURE COLLECTIVE, INC, et al.[1] | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtors. | ) | Case No. 2:25-bk-52291 |
| | ) | |
| | ) | Hon. Tiffany Strelow Cobb |
| | ) | |
| | ) | (Jointly Administered) |

## DEBTORS' WITNESS LIST

Debtors Capture Collective, Inc. ("**Collective**"), Capture Diagnostics, LLC ("**Diagnostics**") and Capture Diagnostics HIB01 ("**HIB**"), through counsel, hereby states pursuant to this Court's Order (A) Setting Hearing on Confirmation of the Debtors' Amended Joint Chapter 11 Plan of Reorganization and (B) Establishing Related Deadlines (Scheduling Order, Docket No. 149), it will call the following witnesses during the confirmation hearing scheduled on December 12, 2025:

| | NAME & ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|---|
| 1. | Scott Barnes—President and CEO of the Debtors | Testimony will include background of the Debtor and all information regarding the Plan |
| 2. | Mario Morales – Vice President for Operations of the Debtors | Testimony will include operational and financial information |

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal EIN are as follows: Capture Collective, Inc. (7777); Capture Diagnostics, LLC (9259); and Capture Diagnostics HIB01, LLC (1325). The Debtors' mailing address is 4923 Dierker Road, Columbus, Ohio 43220.

| | NAME & ADDRESS | SYNOPSIS OF TESTIMONY |
|---|---|---|
| 3. | David Moritz—In-House legal counsel for the Debtors | Testimony will include information regarding start-up companies |
| 4. | Any witness listed or called by the United States Trustee | |

Debtors reserve the right to amend this Witness List as necessary, with sufficient notice to the United States Trustee, its counsel and this Court.

*/s/ Manuel D. Cardona*
Carolyn J. Johnsen (Admitted Pro Hac Vice)
Arizona Bar No. 11894
DICKINSON WRIGHT PLLC
1850 N. Central Ave. Suite 1400
Phoenix, AZ 85004
Telephone: (602) 285-5040
Facsimile: (844) 670-6009
cjjohnsen@dickinsonwright.com

Manuel D. Cardona (0098079)
DICKINSON WRIGHT PLLC
180 East Broad Street, Suite 3400
Columbus, OH 43215
Telephone: 614-591-5468
Facsimile: 844-670-6009
mcardona@dickinsonwright.com

*Counsel for the Debtors*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served electronically on December 9, 2025, to parties requesting notice through the Court's ECF system.

*/s/ Manuel D. Cardona*
Manuel D. Cardona